No. 82–5141. BRAWNER ET AL. v. MLEKUSH ET AL. C. A. D. C. Cir. Certiorari denied. ▉

No. 82–5142. DRUMMOND v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ▉

No. 82–5143. CLARK v. CHRYSLER CORP. C. A. 7th Cir. Certiorari denied. ▉

No. 82–5144. GORNICK v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. ▉

No. 82–5145. GAINES v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▉

No. 82–5149. LYSIAK v. FIRST SECURITIES INSURANCE ET AL. C. A. 7th Cir. Certiorari denied.

No. 82–5150. ROYSTER v. UNITED STATES. C. A. 3d Cir. Certiorari denied. ▉

No. 82–5151. RABB v. UNITED STATES. C. A. 3d Cir. Certiorari denied. ▉

No. 82–5152. NESBY v. ROSE, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied. ▉

No. 82–5153. MCLAIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied. ▉

No. 82–5154. ROOT v. UNITED STATES. C. A. 6th Cir. Certiorari denied. ▉

No. 82–5155. SMITH v. FRANZEN, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied. ▉

No. 82–5156. PERRY v. CARLSON, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL. C. A. 7th Cir. Certiorari denied. ▉